**BRYAN CAVE LLP**
Merrit M. Jones, California Bar No. 209033
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4070
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
E-Mail: merrit.jones@bryancave.com

Attorneys for Defendant
CIT BANK, N.A. D/B/A ONEWEST BANK FSB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO COURTHOUSE)

| | |
|---|---|
| JERRY PRATER, | Case No.: 2:17-cv-02248-WBS-DB |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT;** |
| CIT BANK N.A. D/B/A ONEWEST BANK FSB, SELECT PORTFOLIO SERVICING, INC., AND EXPERIAN INFORMATION SOLUTIONS, INC., | **[~~PROPOSED~~] ORDER** |
| Defendants. | Complaint Filed: October 26, 2017<br>Trial Date: Not Assigned |

IT IS HEREBY STIPULATED by and between Plaintiff Jerry Prater ("Plaintiff") and Defendant CIT Bank, N.A. d/b/a OneWest Bank FSB ("Defendant") (Collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint in this action on October 26, 2017;

3. The Complaint was served on Defendant on November 3, 2017, and Defendant's deadline to file a response to the Complaint is November 27, 2017;

3. The Parties agree and stipulate that Defendant's deadline to file an answer to the Complaint shall be extended two weeks until and including December 11, 2017; and

5. This stipulated extension will not result in prejudice to any party and it is not expected to have any impact on judicial proceedings.

**IT IS SO STIPULATED.**

Dated: November 22, 2017          **C.O. LAW, APC**

By: /s/
    Clark Ovruchesky
Attorneys for Plaintiff
JERRY PRATER

Dated: November 22, 2017          **BRYAN CAVE LLP**

By: /s/
    Merrit M. Jones
Attorneys for Defendant
CIT BANK, N.A. D/B/A ONEWEST BANK FSB

I, Merrit Jones, hereby attest that that concurrence in this filing has been obtained from each of the other Signatories.

By: */s/*
    Merrit M. Jones

1

**<u>ORDER</u>**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED that Defendant shall have an additional two weeks to file a response to Plaintiff's Complaint, through and including December 11, 2017.

Dated: November 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BRYAN CAVE LLP
THREE EMBARCADERO CENTER, 7TH FLOOR
SAN FRANCISCO, CA 94111-4070

## CERTIFICATE OF CM/ECF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 22, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Federal Rule of Civil Procedure 5 and Civil Local Rule 135. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery. Pursuant to the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Clark Ovruchesky, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

/s/
Connie Lee