Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: steven.dailey@kutakrock.com
Email: Rebecca.wilson@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PRATER,<br><br>            Plaintiff,<br><br>      v.<br><br>CIT BANK, N.A. d/b/a ONEWEST BANK FSB, SELECT PORTFOLIO SERVICING, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendants. | Case No. 2:17-cv-02248-WBS-DB<br><br>Assigned to:<br>District Judge William B. Shubb<br>Courtroom: 5<br><br>Assigned Discovery:<br>Magistrate Judge Deborah Barnes<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE AND STATUS (PRETRIAL SCHEDULING) CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: October 26, 2017 |

WHEREAS, Plaintiff JERRY PRATER ("Plaintiff") and Defendant SELECT PORTFOLIO SERVICING, INC. ("SPS") seek additional time to continue to explore an informal resolution.

IT IS HEREBY STIPULATED by and between Plaintiff, SPS, Defendant CIT BANK, N.A. D/B/A ONEWEST BANK FSB ("CIT BANK") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") collectively (the "PARTIES"), by and through their counsel of record, as follows:

1.  The hearing on SPS's Motion to Dismiss and Motion to Strike, currently set on January 8, 2018, be continued to February 20, 2018, at 1:30 p.m.

2.  The Status (Pretrial Scheduling) Conference, currently set on February 26, 2018, be continued to April 9, 2018, at 1:30 p.m.

Dated:  December 15, 2017   C.O.LAW, APC


By: /s/ *Clark Ovruchesky*
   Clark Ovruchesky
   Attorneys for Plaintiff
   JERRY PRATER


Dated:  December 15, 2017   BRYAN CAVE LLP


By: /s/ *Merrit Jones*
   Merrit Marie Jones
   Attorneys for Defendant
   CIT BANK, N.A. D/B/A ONEWEST
   BANK FSB


Dated:  December 15, 2017   JONES DAY


By: *Greg S. Martin*
   Greg S. Martin
   Attorneys for Defendant
   EXPERIAN INFORMATION
   SOLUTIONS, INC.


Dated:  December 15, 2017   KUTAK ROCK LLP


By: /s/ *Steven M. Dailey*
   Steven M. Dailey
   Rebecca L. Wilson
   Attorneys for Defendant
   SELECT PORTFOLIO SERVICING, INC.

4847-1840-6488.1   - 2 -   2:17-cv-02248-WBS-DB

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION TO CONTINUE MOTIONS AND SCHEDULING CONFERENCE;
PROPOSED ORDER

## <u>ORDER</u>

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED:

1.     The hearing on SPS's Motion to Dismiss and Motion to Strike is continued to February 20, 2018, at 1:30 p.m.; and

2.     The Status (Pretrial Scheduling) Conference is continued to April 9, 2018, at 1:30 p.m.   A Joint Status Report shall be filed no later than March 26, 2018.

Dated:  December 15, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE