Steven M. Dailey #163857
Rebecca L. Wilson #257613
KUTAK ROCK LLP
Suite 1500
5 Park Plaza
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: steven.dailey@kutakrock.com
Email: rebecca.wilson@kutakrock.com

Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY PRATER,<br><br>    Plaintiff,<br><br>v.<br><br>CIT BANK, N.A. d/b/a ONEWEST BANK FSB, SELECT PORTFOLIO SERVICING, INC., and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:17-cv-02248-WBS-DB<br><br>Assigned to:<br>District Judge William B. Shubb<br>Courtroom: 5<br><br>Assigned Discovery:<br>Magistrate Judge Deborah Barnes<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE AND STATUS (PRETRIAL SCHEDULING) CONFERENCE; [PROPOSED] ORDER**<br><br>Complaint Filed: October 26, 2017 |

    WHEREAS, Plaintiff JERRY PRATER ("Plaintiff") and Defendant SELECT PORTFOLIO SERVICING, INC. ("SPS") seek additional time to continue to explore an informal resolution.

    IT IS HEREBY STIPULATED by and between Plaintiff, SPS, Defendant CIT BANK, N.A. D/B/A ONEWEST BANK FSB ("CIT BANK") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") collectively (the "PARTIES"), by and through their counsel of record, as follows:

1. The hearing on SPS's Motion to Dismiss and Motion to Strike, currently set on February 20, 2018, be continued to April 24, 2018, at 1:30 p.m.

2. The Status (Pretrial Scheduling) Conference, currently set on April 9, 2018, be continued to June 4, 2018 at 1:30 p.m., and

3. The Joint Status Report currently due to be filed on March 26, 2018 be continued to May 21, 2018.

Dated: February 1, 2018    C.O.LAW, APC

By: */s/Clark Ovruchesky*
Clark Ovruchesky
Attorneys for Plaintiff
JERRY PRATER

Dated: February 1, 2018    BRYAN CAVE LLP

By: */s/Merrit Jones*
Merrit Marie Jones
Attorneys for Defendant
CIT BANK, N.A. D/B/A ONEWEST BANK FSB

Dated: February 1, 2018    JONES DAY

By: */s/Greg S. Martin*
Greg S. Martin
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: February 1, 2018    KUTAK ROCK LLP

By: /s/ *Steven M. Dailey*
Steven M. Dailey
Rebecca L. Wilson
Attorneys for Defendant
SELECT PORTFOLIO SERVICING, INC.

# **ORDER**

Pursuant to the stipulation of the Parties, IT IS HEREBY ORDERED:

1. The hearing on SPS's Motion to Dismiss and Motion to Strike is continued to **April 30, 2018, at 1:30 p.m**.; and

2. The Status (Pretrial Scheduling) Conference is continued to **June 4, 2018, at 1:30 p.m.**

3. The Joint Status Report filing deadline is continued to **May 21, 2018**.

Dated: February 2, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4819-9484-3739.1 - 1 - 2:17-cv-02248-WBS-DB

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

STIPULATION TO CONTINUE MOTIONS AND SCHEDULING CONFERENCE;
PROPOSED ORDER