**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, California 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Jerry Prater

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY PRATER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CIT BANK N.A. D/B/A ONEWEST BANK FSB, SELECT PORTFOLIO SERVICING, INC., AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendants.** | Case No.: 17-cv-02248-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO CIT BANK N.A. D/B/A ONEWEST BANK FSB ONLY, WITH PREJUDICE**<br><br>**HON. JUDGE WILLIAM B. SHUBB** |

Plaintiff Jerry Prater (hereinafter "Plaintiff") and Defendant CIT Bank N.A. D/B/A OneWest Bank FSB (hereinafter "CIT") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant CIT from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

**PROOF OF SERVICE**

| | |
|---|---|
| DATED: February 6, 2018 | Respectfully submitted, |
| | **C.O. LAW, APC** |
| | By: /s/ Clark Ovruchesky<br>CLARK OVRUCHESKY, ESQ.<br>ATTORNEY FOR PLAINTIFF |
| DATED: February 6, 2018 | Respectfully submitted, |
| | **BRYAN CAVE** |
| | By: /s/ Merrit Jones<br>MERRIT JONES, ESQ.<br>ATTORNEY FOR DEFENDANT CIT |

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

| | |
|---|---|
| Dated: February 5, 2018 | **C.O. LAW, APC** |
| | By: /s/ Clark Ovruchesky<br>Clark Ovruchesky<br>ATTORNEYS FOR PLAINTIFF |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jerry Prater against Defendant CIT Bank, N.A. D/B/A OneWest Bank FSB are dismissed, with prejudice. Plaintiff Jerry Prater and Defendant CIT Bank, N.A. shall each bear their own costs and attorneys' fees.

Dated: February 6, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE