**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, California 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Jerry Prater

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY PRATER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CIT BANK N.A. D/B/A ONEWEST BANK FSB, SELECT PORTFOLIO SERVICING, INC., AND EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**Defendants.** | Case No.: 17-cv-02248-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE**<br><br>**HON. JUDGE WILLIAM B. SHUBB** |

Plaintiff Jerry Prater (hereinafter "Plaintiff") and Defendant Experian Information Solutions, Inc. (hereinafter "Experian") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Experian from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

**PROOF OF SERVICE**

| | |
|---|---|
| DATED: June 12, 2018 | Respectfully submitted,<br><br>**C.O. LAW, APC**<br><br>By: /s/ Clark Ovruchesky<br>　　CLARK OVRUCHESKY, ESQ.<br>　　ATTORNEY FOR PLAINTIFF |
| DATED: June 12, 2018 | Respectfully submitted,<br><br>**JONES DAY**<br><br>By: /s/ Katherine A. Neben<br>　　KATHERINE A. NEBIN, ESQ.<br>　　ATTORNEY FOR DEFENDANT EXPERIAN |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: June 12, 2018　　　　　　　　　**C.O. LAW, APC**

　　　　　　　　　　　　　　　　　　By:　/s/ Clark Ovruchesky
　　　　　　　　　　　　　　　　　　　　Clark Ovruchesky
　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Jerry Prater against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Jerry Prater and Defendant Experian shall each bear their own costs and attorneys' fees.

Dated: June 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**